# United States Bankruptcy Court
## District of Massachusetts

# VOLUNTARY PETITION

| | |
|---|---|
| IN RE: (Name of debtor - If individual, enter: Last, First, Middle)<br>**McDONALD II, GEORGE T.** | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
| ALL OTHER NAMES used by debtor in the last 6 years (inc. married, maiden, and trade names) | ALL OTHER NAMES used by joint debtor in the last 6 years (inc. married, maiden, and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>**58 Hamilton Street**<br>**Hyde Park, MA    02136** | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state and zip code) |
| COUNTY OF RESIDENCE/BUSINESS: **Suffolk** | COUNTY OF RESIDENCE/BUSINESS: |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |

| | |
|---|---|
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if other than street address) | **VENUE** (Check one box)<br>[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| | |
|---|---|
| TYPE OF DEBTOR (Check one box)<br>[X] Individual<br>[ ] Joint (Husband & Wife)<br>[ ] Partnership<br>[ ] Other _____<br><br>[ ] Corporation Publicly Held<br>[ ] Corporation Not Publicly Held<br>[ ] Municipality | CHAPTER OR SECTION OF BANKRUPTCY CODE FOR PETITION (Check one box)<br>[X] Chapter 7    [ ] Chapter 11    [ ] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12    [ ] Sec. 304 |
| NATURE OF DEBT (Check one box)<br>[X] Non-Business/Consumer    [ ] Business - Complete A&B below | SMALL BUSINESS (Chapter 11 only)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101.<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e).  (opt'l) |
| A. TYPE OF BUSINESS (Check one box)<br>[ ] Farming    [ ] Transportation    [ ] Commodity Broker<br>[ ] Professional    [ ] Manufacturing/    [ ] Construction<br>[ ] Retail/Wholesale    Mining    [ ] Real Estate<br>[ ] Railroad    [ ] Stockbroker    [ ] Other Business | FILING FEE (Check one box)<br>[X] Filing fee attached<br>[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b):  see Official Form No. 3 |
| B.  BRIEFLY DESCRIBE NATURE OF BUSINESS | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>**Newman & Newman, P.C.**<br>**One McKinley Square**<br>**Boston, Massachusetts    02109**<br><br>**Telephone No: (617)227-3361**<br>NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR<br>**Marshall F. Newman 370560** |
| STATISTICAL/ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)<br>(Estimates only) (Check applicable boxes) | [ ] Debtor is not represented by an attorney.  Telephone No. of Debtor not represented by an attorney |

| | |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE FOR COURT USE ONLY |

ESTIMATED NUMBER OF CREDITORS

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED ASSETS (in thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

ESTIMATED LIABILITIES (in thousands of dollars)

| Under 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,000 | 100,000-over |
|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

EST. NO. OF EMPLOYEES - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

EST. NO. OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

FORM 1.  VOLUNTARY PETITION – Page 2                    Name of Debtor(s):   GEORGE T. McDONALD II

Case Number: _____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only.  Check appropriate box.

[ ] A copy of debtor's proposed plan dated _____
    is attached.

[ ] Debtor intends to file a plan within the time allowed by statute, rule, or order
    of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NONE | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (if more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| NONE | | |
| Relationship | District | Judge |

## REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

x _Marshall Jh_____   ATTORNEY   _10/14/05_
    Marshall F. Newman                                          Date

### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct.

x _George M McDONALD II_____
    GEORGE T. McDONALD II

_10-14-2005_
Date

x **Not Applicable**_____
    Signature of Joint Debtor

_____
Date

### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct
and that I have been authorized to file this petition on behalf of the debtor.

x **Not Applicable**
    Signature of Authorized Individual

**Not Applicable**
Print or Type Name of Authorized Individual

**Not Applicable**
Title of Individual Authorized by Debtor to File this Petition

_____
Date

If the debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L.  98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, Exhibit "B" has been completed.

x _George T. McDonald II_  _10-14-2005_
    GEORGE T. McDONALD II          Date

x **Not Applicable**_____
    Signature of Joint Debtor          Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed or Typed Name of Bankruptcy Petition Preparer

**Not Applicable**
Social Security Number

_____

_____
Address

_____
Telephone

### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

x _Marshall Jh_____   _10/14/05_
    Marshall F. Newman                          Date

Name and Social Security number of all other individuals who prepared or assisted in preparing this document:   **Not Applicable**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x **Not Applicable**_____
    Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

## UNITED STATES BANKRUPTCY COURT

### District of Massachusetts

In re:   GEORGE T. McDONALD II

Case No. _____

Chapter  7

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A -  Real Property | YES | 1 | $        0.00 | | |
| B -  Personal Property | YES | 2 | $    7,680.00 | | |
| C -  Property Claimed As Exempt | YES | 1 | | | |
| D -  Creditors Holding Secured Claims | YES | 1 | | $    6,402.58 | |
| E -  Creditors Holding Unsecured Priority Claims | YES | 1 | | $        0.00 | |
| F -  Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $   25,134.86 | |
| G -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H -  Codebtors | YES | 1 | | | |
| I -  Current Income of Individual Debtor(s) | YES | 1 | | | $    1,500.00 |
| J -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    2,301.61 |
| Total Number of sheets in ALL Schedules > > | | 12 | | | |
| Total Assets > > | | | $    7,680.00 | | |
| Total Liabilities > > | | | | $   31,537.44 | |

In re:   GEORGE T. McDONALD II                                          Case No. _____

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | 0.00 | 0.00 |

TOTAL »        0.00

In re:   GEORGE T. McDONALD II

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1. Cash on hand. | NONE | | 0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | Brookline Bank Post Office Box 470469 Brookline, MA    02447 Account No. 168102929 | | 80.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | Sam Silta 60 Hamilton Street Hyde Park, MA    02136 | | 1,100.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | Miscellaneous Household Goods and Furniture | | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | NONE | | 0.00 |
| 6. Wearing apparel. | Miscellaneous Wearing Apparel | | 1,000.00 |
| 7. Furs and jewelry. | NONE | | 0.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | NONE | | 0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | NONE | | 0.00 |
| 10. Annuities. Itemize and name each issuer. | NONE | | 0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | NONE | | 0.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | NONE | | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | NONE | | 0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | NONE | | 0.00 |
| 15. Accounts Receivable. | NONE | | 0.00 |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | NONE | | 0.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give details. | NONE | | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property. | NONE | | 0.00 |

In re:   GEORGE T. McDONALD II                                Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | HUSB. WIFE JOINT OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 19. Contingent and non-contingent interest in estate of a decedent, death benefit plan, life insurance policy, or trust. | NONE | | 0.00 |
| 20. Other contingent and unliquidated claims of any nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | NONE | | 0.00 |
| 21. Patents, copyrights, and other intellectual property.  Give estimated value of each. | NONE | | 0.00 |
| 22. Licenses, franchises, and other general intangibles.  Give particulars. | NONE | | 0.00 |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | 2001 Ford F190 Truck | | 3,000.00 |
| 24. Boats, motors, and accessories. | NONE | | 0.00 |
| 25. Aircraft and accessories. | NONE | | 0.00 |
| 26. Office equipment, furnishings, and supplies. | NONE | | 0.00 |
| 27. Machinery, fixtures, equipment, and supplies. | Miscellaneous Hand Tools | | 1,000.00 |
| 28. Inventory. | NONE | | 0.00 |
| 29. Animals. | NONE | | 0.00 |
| 30. Crops - growing or harvested.  Give particulars. | NONE | | 0.00 |
| 31. Farming equipment and implements. | NONE | | 0.00 |
| 32. Farm supplies, chemicals, and feed. | NONE | | 0.00 |
| 33. Other personal property of any kind not already listed.  Itemize. | NONE | | 0.00 |

TOTAL »      7,680.00

In re:  GEORGE T. McDONALD II                                Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

[X]  11 U.S.C. § 522(b)(1)      Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

[ ]  11 U.S.C. § 522(b)(2)      Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFIC LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Brookline Bank<br>Post Office Box 470469<br>Brookline, MA    02447<br>Account No. 168102929 | 11 USC § 522(d)(5) | 80.00 | 80.00 |
| Miscellaneous Hand Tools | 11 USC § 522(d)(6) | 1,000.00 | 1,000.00 |
| Miscellaneous Household Goods and Furniture | 11 USC § 522(d)(3) | 1,500.00 | 1,500.00 |
| Miscellaneous Wearing Apparel | 11 USC § 522(d)(3) | 1,000.00 | 1,000.00 |
| Sam Silta<br>60 Hamilton Street<br>Hyde Park, MA    02136 | 11 USC § 522(d)(5) | 1,100.00 | 1,100.00 |

In re:   GEORGE T. McDONALD II                                Case No. _____

# Schedule D - Creditors Holding Secured Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | CLAIM DATE, NATURE OF LIEN, DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO. 00000026192855 **NO**<br><br>**Ford Motor Credit**<br>**Post Office Box 239801**<br>**Las Vegas, NV   89123** | | | **Automobile Loan**<br><br>2001 Ford F190 Truck<br><br><br>VALUE $          3,000.00 | | 6,402.58 | 3,402.58 |

|  |  |
|---|---|
| Subtotal »<br>(Total of this page) | 6,402.58 |
| TOTAL » | 6,402.58 |

In re:  GEORGE T. McDONALD II                                    Case No. _____

# Schedule E - Creditors Holding Unsecured Priority Claims

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

# Types of Priority Claims

## [ ]  Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11  U.S.C. § 507(a)(2).

## [ ]  Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

## [ ]  Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

## [ ]  Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

## [ ]  Deposits by individuals

Claims of individuals up to $1800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

## [ ]  Alimony, Maintenance, or Support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

## [ ]  Taxes and Other Certain Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

## [ ]  Commitments to Maintain the Capital of an Insured Depository Institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

## [ ]  Other Priority Debts

In re:   GEORGE T. McDONALD II                                    Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 4266090578317068 <br><br> California Federal Bank <br> Post Office Box 340970 <br> Sacramento, CA   95834 | NO | | Open Account <br><br> Overdraft Protection | | 500.00 |
| ACCT. NO. 4388641726719532618 <br><br> Capital One <br> Post Office Box 26074 <br> Richmond, VA   23260 | NO | | Open Account <br><br> Goods and Services | | 1,000.00 |
| ACCT. NO. 6011000830725838 <br><br> Discover <br> Post Office Box 30395 <br> Salt Lake City, UT   84130 | NO | | Open Account <br><br> Goods and Services | | 4,500.00 |
| ACCT. NO. 99060 <br><br> Fenway Community Health Center, <br>   Inc. <br> Post Office Box 350092 <br> Boston, MA   02241 | NO | | Open Account <br><br> Medical Services | | 200.00 |
| ACCT. NO. 5491130346002264 <br><br> NCO Portfolio Management, <br>   Assignee of AT&T Universal <br> c/o Mark Lindner, Esquire <br> Post Office Box 920435 <br> Needham, MA   02492 | NO | | Open Account <br><br> Goods and Services | | 12,500.00 |
| ACCT. NO. 4031140900784553 <br><br> Providian <br> Post Office Box 9539 <br> Manchester, NH   03108 | NO | | Open Account <br><br> Goods and Services | | 3,500.00 |
| ACCT. NO. 2-21-313-2848 <br><br> Southern California Edison <br> Post office Box 600 <br> Rosemead, CA   91771 | NO | | Open Account <br><br> Utility Service | | 125.00 |
| ACCT. NO. 540788-7 <br><br> Southern California Water <br> 689 West Foothill Boulevard <br> Suite D <br> Post Office Box 1448 <br> Claremont, CA   91711 | NO | | Open Account <br><br> Utility Service | | 0.00 |
| ACCT. NO. <br><br> State Farm Insurance <br> One State Farm Plaza <br> Bloomington, IL   61710 | NO | | Property Damage <br> Subrogation Claim | CONTINGENT <br> UNLIQUIDATED <br> DISPUTED | 2,000.00 |

Subtotal »      | 24,325.00 |
(Total of this page) |

In re:  GEORGE T. McDONALD II                                    Case No. _____

# Schedule F - Creditors Holding Unsecured Nonpriority Claims

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE | CO-DEBTOR | HUSBAND WIFE JOINT OR COMMUN. | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCT. NO. 012556118787835901     NO<br><br>Verizon California<br>Post Office Box 3001<br>Inglewood, CA    90313 | | | Open Account<br><br>Telephone Services | | 309.86 |
| ACCT. NO. 198-380030-1     NO<br><br>Washington Mutual<br>Post Office Box 1090<br>Northridge, CA    91328 | | | Open Account<br><br>Bank Overdraft<br>Protection | | 500.00 |
| | | | | Subtotal »<br>(Total of this page) | 809.86 |
| | | | | TOTAL » | 25,134.86 |

In re:   GEORGE T. McDONALD II                          Case No. _____

# Schedule G - Executory Contracts and Unexpired Leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Fort Motor Credit<br>Post Office Box 239801<br>Las Vegas, NV    89123 | Automobile Loan on 2001 Ford F150 Truck |
| Sam Silta<br>60 Hamilton Street<br>Hyde Park, MA    02136 | Residential Lease for Apartment at<br>58 Hamilton Street, Hyde Park, MA 02136 |

In re:   GEORGE T. McDONALD II                                    Case No. _____

# SCHEDULE H - CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

In re:  GEORGE T. McDONALD II                                    Case No. _____

# Schedule I - Current Income Of Individual Debtor(s)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age:      **29**<br>Spouse's Age: | NAMES<br>**NONE** | AGE | RELATIONSHIP |
| EMPLOYMENT: | DEBTOR | | SPOUSE |
| Occupation | **Carpenter/Sales** | | |
| How long employed | **Eight (8) Months** | | |
| Name and Address of Employer | **Car Care**<br>**30 Weeks Avenue**<br>**Roslindale, MA    02131** | | |

| Income:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **2,000.00** | $ | |
| Estimated monthly overtime | $ | **0.00** | $ | |
| SUBTOTAL | $ | **2,000.00** | $ | |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.) Payroll taxes and social security | $ | **500.00** | $ | |
| b.) Insurance | $ | **0.00** | $ | |
| c.) Union dues | $ | **0.00** | $ | |
| d.) Other | | | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **500.00** | $ | |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,500.00** | $ | |
| Regular income from operation of business, profession or farm (attach detailed statement) | $ | **0.00** | $ | |
| Income from real property | $ | **0.00** | $ | |
| Interest and dividends | $ | **0.00** | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ | |
| Social security or other government assistance (Specify) | $ | **0.00** | $ | |
| Pension or retirement income | $ | **0.00** | $ | |
| Other monthly income (Specify) | $ | **0.00** | $ | |
| TOTAL MONTHLY INCOME | $ | **1,500.00** | $ | |

TOTAL COMBINED MONTHLY INCOME     $      **1,500.00**

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

        **NONE**

Schedule I - Page 1

In re:  GEORGE T. McDONALD II                                    Case No. _____

# Schedule J - Current Expenditures Of Individual Debtor(s)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
     household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,100.00 |
|     Are real estate taxes included?    [ ] Yes  [x] No | |
|     Is property insurance included?    [ ] Yes  [x] No | |
| | |
| Utilities:  Electricity and heating fuel | $ 120.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 50.00 |
|     Other: | $ 0.00 |
| | |
| Home Maintenance (Repairs and upkeep) | $ 0.00 |
| Food | $ 200.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 0.00 |
| Transportation (not including car payments) | $ 70.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | |
|     Homeowner's or renter's | $ 0.00 |
|     Life | $ 0.00 |
|     Health | $ 0.00 |
|     Auto | $ 200.00 |
|     Other: | $ 0.00 |
| | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ 0.00 |
| Installment payments (In chapter 12 & 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 511.61 |
|     Other: | $ 0.00 |
| | |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach stmt) | $ 0.00 |
| Other: | $ 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)       | $ 2,301.61 |

(FOR CHAPTER 12 and 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly,
monthly, annually, or at some other regular interval.
A.  Total projected monthly income
B.  Total projected monthly expenses
C.  Excess income (A minus B)
D.  Total amount to be paid into plan

In re:  GEORGE T. McDONALD II                                    Case No. _____

# Declaration Concerning Debtor's Schedules

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   12 sheets plus the summary page, and
that they are true and correct to the best of my knowledge, information, and belief.

Date _10 – 14 – 2005_                          Signature _____
                                                        GEORGE T. McDONALD II

-----------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

**(NOT APPLICABLE)**

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C § 152
and 3571.

UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re:  GEORGE T. McDONALD II

Case No. _____
Chapter  7

# STATEMENT OF FINANCIAL AFFAIRS

None
[ ]

## 1.  Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 42,000.00 | Robert E. Jones<br>5891 Stone Road<br>Loomis, CA   95650 | 2003 |
| 2,200.00 | Fleet Matics USA<br>192 Worcester Road<br>Natick, MA   01760 | 2004 |
| 22,750.00 | Robert E. Jones<br>5891 Stone Road<br>Loomis, CA   95650 | 2004 |
| 2,610.00 | Commonwealth Avenue<br>Entertainment<br>7 Landsdowne Street<br>Boston, MA   02215 | 2004 |
| 12,000.00 | Fleet Matics USA<br>192 Worcester Road<br>Natick, MA   01760 | 2005 |
| 2,000.00 | Commonwealth Avenue<br>Entertainment<br>7 Landsdowne Street<br>Boston, MA   02215 | 2005 |

None
[X]

## 2.  Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

## 3.  Payments to creditors

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None
[X]

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
[ ]

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| NCO Portfolio Management v. George T. McDonald, III | Suit to collect debt | Boston Municipal Court Boston, MA   02108 | Pending |

None
[X]

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None
[X]

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

### 6. Assignments and receiverships

None
[X]

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
[X]

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None
[X]

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None
[X]

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None
[X]

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

### 10. Other transfers

None
[X]

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 11. Closed financial accounts

None
[ ]

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Washington Mutual<br>Post Office Box 1090<br>Northridge, CA   91328 | Checking Account No.<br>190780030-1 | $500.00<br>August 2004 |

## 12. Safe deposit boxes

None
[X]

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None
[X]

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None
[X]

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None
[ ]

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 325 West Green Street<br>Claremont, CA   91711 | George T. McDonald II | 7/01 to 7/04 |

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date 10-14-2005                    Signature _George T. McDonald II_
                                              GEORGE T. McDONALD II

## UNITED STATES BANKRUPTCY COURT

### District of Massachusetts

In re:  GEORGE T. McDONALD II

Case No. _____

Chapter  7

# Chapter 7 Individual Debtor's Statement of Intention

1.  I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which secures those consumer debts is as follows:

| A.  Property To Be Surrendered. | |
| --- | --- |
| Description of Property | Creditor's name |
| 1.   NONE | |

| B.  Property To Be Retained. | | | | |
| --- | --- | --- | --- | --- |
| Description of property | Creditor's name | Debt will be reaffirmed pursuant to §524(c) | Property is claimed as exempt and will be redeemed pursuant to §722 | Lien will be avoided pursuant to §522(f) and property will be claimed as exempt |
| 1. 2001 Ford F150  Truck | Ford Motor Credit | X | | |

3.  I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Dated:  _10 - 14 - 2005_

Signed:  _[signature]_
GEORGE T. McDONALD II

## UNITED STATES BANKRUPTCY COURT

### District of Massachusetts

In re:  GEORGE T. McDONALD II

Case No.
Chapter  7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $           750.00 |
| Prior to filing this statement, I have received | $           750.00 |
| Balance Due | $             0.00 |

2.  The source of compensation paid to me is:

[ ] Debtor          [X] Other(specify)      **Debtor's Parents**

3.  The source of compensation to be paid to me is:

[ ] Debtor          [X] Other(specify)      **None**

4.  [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

[ ]  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)  Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

b)  Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

c)  Representation of the debtor(s) at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

d)  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e)  (Other provisions as needed)

**NONE**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

**NONE**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____10/14/05_____

_Marshall F. Newman_

Marshall F. Newman, Bar No:  370560
Newman & Newman, P.C.
Attorney for Debtor(s)